HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| BRADLEY A. KECK, SCOTT A. REMILLARD, MICHAEL R. JEPPESEN and HERBERT W. WILSON,<br>Plaintiffs,<br>vs.<br>THE CITY OF SEATTLE,<br>Defendant. | NO. C18-001146-RSL<br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF REMILLARD'S CLAIMS WITHOUT PREJUDICE**<br>**[CLERK'S ACTION REQUIRED]** |

**STIPULATION**

Through their respective counsel, Plaintiff Scott A. Remillard and Defendant City of Seattle hereby stipulate, agree and move that all claims and causes of action which were brought by Plaintiff Remillard against Defendant City of Seattle as part of the above-captioned lawsuit should be DISMISSED WITHOUT PREJUDICE and without costs and fees to any party.

The parties further stipulate that the case caption should be amended to remove Mr. Remillard as a Plaintiff. Hereinafter, the case will proceed with Bradley A. Keck, Michael R. Jeppesen, and Herbert W. Wilson as Plaintiffs in their claims against the City of Seattle, Defendant.

DATED this 9th day of November, 2018.

By: */s/ Sara Amies*
Sara Amies, WSBA #36626
Stephen A. Teller, WSBA #23372

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA 98122
(206) 324-8969 Fax: 860-3172

TELLER & ASSOCIATES, PLLC
1139 34th Avenue, Suite B
Seattle, Washington 98122
T: (206) 324-8969 / F: (206) 860-3172
sara@stellerlaw.com
steve@stellerlaw.com
Reba Weiss, WSBA #12876
THE WEISS LAW FIRM, PLLC
Attorneys for Plaintiffs

STIPULATED this 13th day of November, 2018,

*/s/ Rachel Seals*
Rachel Seals, WSBA # 48602
Paul Olsen, WSBA #29873
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
Ph: (206) 684-8218 / (206) 684-0374
Fax: (206) 684-8284
paul.olsen@seattle.gov / rachel.seals@seattle.gov

Attorneys for Defendant City of Seattle

**STIPULATION AND ORDER OF
DISMISSAL OF REMILLARD'S CLAIMS
WITHOUT PREJUDICE - 2**

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172

**ORDER**

This matter having come before the Court upon the Parties' Stipulation and Order of Dismissal with Prejudice, and finding good cause exists therefor:

It is hereby ORDERED, ADJUDGED, and DECREED that all claims and causes of action which were brought by Plaintiff Scott A. Remillard against Defendant City of Seattle as part of the above-captioned lawsuit should be DISMISSED WITHOUT PREJUDICE and without costs and fees to any party.

The Court further Orders that the Court Clerk should amend the case caption to remove Mr. Remillard as a Plaintiff. Hereinafter, the case will proceed with Bradley A. Keck, Michael R. Jeppesen, and Herbert W. Wilson as Plaintiffs in their claims against the City of Seattle, Defendant

DATED this 16th day of November, 2018.

MMS Lasnik

The Honorable Robert J. Lasnik



**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA 98122
(206) 324-8969 Fax: 860-3172