Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY A. KECK, MICHAEL R. JEPPESEN and HERBERT W. WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE,<br><br>Defendant. | No. C18-001146-RSL<br><br>[PROPOSED]<br>**STIPULATION AND ORDER TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE**<br><br>**[CLERK'S ACTION REQUIRED]** |

## I.  STIPULATION

THE PARTIES, through their respective counsel of record, hereby stipulate and agree to continue the deadline for Plaintiffs to disclose expert witness reports by two weeks, to May 22, 2019. Defendant's deadline need not change. Pursuant to FRCP 26(a)(2)(D)(ii), Defendant's deadline to disclose any rebuttal expert or experts remains 30 days after Plaintiffs' disclosure. Good cause exists for this short continuance as it will allow Defendant sufficient time to respond to discovery propounded by Plaintiffs, which Plaintiffs' expert may need to prepare a report. The extension sought does not modify the deadline upon which discovery must be completed (July 7, 2019).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATION AND ORDER TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINE (C18-001146-RSL) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

DATED this 25th day of April, 2019.

PETER S. HOLMES
Seattle City Attorney

By: _____s/Stephen Teller, for_____
*(permission to sign obtained via email)*
RACHEL SEALS, WSBA # 48602
MOLLY DAILY, WSBA #28360
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
Ph: (206) 684-0374 / (206) 684-8289
Fax: (206) 684-8284
rachel.seals@seattle.gov
molly.daily@seattle.gov

Attorneys for Defendant

THE WEISS LAW FIRM, PLLC

By: _____s/Stephen Teller, for_____
REBA WEISS, WSBA #12876
1416 NW 46th St., Suite 301
Seattle, WA 98107
T: (206) 508-5933
reba@weisslawfirm.org

TELLER & ASSOCIATES, PLLC
By: _____s/Stephen A. Teller_____
SARA AMIES, WSBA #36626
STEPHEN A. TELLER, WSBA #23372
1139 34th Ave., Suite B
Seattle, WA 98122
T: (206) 324-8969 / F: (206) 860-3172
sara@stellerlaw.com
steve@stellerlaw.com

Attorneys for Plaintiff

## II.   ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 26th day of April, 2019.

_____/s/ Robert S. Lasnik_____
Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINE (C18-001146-RSL) - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200