UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY A. KECK, *et al.*,

    Plaintiffs,

v.

THE CITY OF SEATTLE,

    Defendant.

Case No. C18-1146RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On July 3, 2019, plaintiffs filed a motion for partial summary judgment which, taken as a whole, exceeds 50 pages in length. (Dkt. # 25). As of this date, a courtesy copy of the motion has not been provided for chambers.

Plaintiffs are hereby ORDERED to show cause, within five days of the date of this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(9). Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

DATED this 18th day of July, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE