1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15

BRADLEY A. KECK, MICHAEL R.
JEPPESEN and HERBERT W. WILSON,

Plaintiffs,

v.

THE CITY OF SEATTLE,

Defendant.

Case No. 2:18-CV-1146-RSL

ORDER ON JOINT MOTION
FOR APPROVAL OF
SETTLEMENT
AGREEMENT

16
17

This matter comes before the Court on the parties' "Joint Motion for Approval of
Settlement Agreement." Dkt. #38.

18
19
20
21
22
23
24

On August 4, 2018, plaintiffs Bradley A. Keck, Scott A. Remillard, Michael R. Jeppesen
and Herbert W. Wilson filed a complaint against the City of Seattle ("the City"). Dkt. #1
(Compl.). Plaintiffs brought six causes of action against the City for violations of Seattle's Wage
Theft Ordinance, see SMC 14.20.020, Washington's Minimum Wage Act, see RCW 49.46.130,
the Fair Labor Standards Act ("FLSA") and RCW 49.52.050, as well as for breach of contract
and unjust enrichment. Id. at ¶¶ 4.1–4.25. The parties stipulated to the dismissal of all claims
brought by plaintiff Remillard on November 16, 2018. Dkt. #14.

25
26
27
28

Parties participated in a mediation on July 22, 2019 and reached a settlement. Dkt. #37;
see Dkt. #38 at 2. On July 31, 2019, they filed a joint motion requesting the Court to issue an
order approving their Settlement Agreement, which includes a waiver and release by plaintiffs

of all claims against the City, including their FLSA claims. Id. at 3. While the Court has previously held that its responsibility to review a proposed class action settlement to determine whether the settlement is "'fundamentally fair, adequate, and reasonable' … does not extend to the context of individual settlement agreements", it will make an exception in this case and review the Settlement Agreement. Wilson v. Maxim Healthcare Servs., Inc., No. C14-789RSL, 2017 WL 2988289, at *1 (W.D. Wash. June 20, 2017) (quoting Staton v. Boeing Co., 327 F.3d 938, 959 (9th Cir. 2003)).

For the foregoing reasons, the Court hereby ORDERS the parties to make the Settlement Agreement available for *in camera* inspection and review.

DATED this 23rd day of August, 2019.

Robert S. Lasnik
United States District Judge