# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRADLEY A. KECK, MICHAEL R. JEPPESEN and HERBERT W. WILSON,

   Plaintiffs,

   v.

THE CITY OF SEATTLE,

   Defendant.

Case No. 2:18-CV-1146

ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

This matter comes before the Court on the parties' "Joint Motion for Approval of Settlement Agreement." Dkt. #38.

On August 4, 2018, plaintiffs filed a complaint against the City of Seattle ("the City"). Dkt. #1. The parties participated in a mediation on July 22, 2019 and reached a settlement. Dkt. #37; see Dkt. #38 at 2. On July 31, 2019, they filed a joint motion requesting the Court to issue an order approving their Settlement Agreement, which includes a waiver and release by plaintiffs of all claims against the City, as well as a confidentiality clause. Dkt. #38 at 3. Pursuant to the Court's order dated August 23, 2019, the parties made their Settlement Agreement available for *in camera* inspection and review. Dkt. #39.

This Court has previously held that the Court's responsibility to review a proposed class action settlement to determine whether the settlement is "'fundamentally fair, adequate, and reasonable' … does not extend to the context of individual settlement agreements, where each

ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT - 1

plaintiff may be consulted individually so as to vindicate her particular interests." <u>Wilson v. Maxim Healthcare Servs., Inc.</u>, No. C14-789RSL, 2017 WL 2988289, at *1 (W.D. Wash. June 20, 2017) (quoting <u>Staton v. Boeing Co.</u>, 327 F.3d 938, 959 (9th Cir. 2003)). However, the Court makes an exception here because the defendant is a government entity. The Court finds that the settlement is fair, adequate, and reasonable. <u>Staton</u>, 327 F.3d at 959. It is approved.

For the foregoing reasons, the parties' joint motion is GRANTED.

DATED this 28th day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT - 2