Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY A. KECK, MICHAEL R. JEPPESEN and HERBERT W. WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE,<br><br>Defendant. | No. C18-001146-RSL<br><br>[PROPOSED]<br>**STIPULATED DISMISSAL OF LAWSUIT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>[CLERK'S ACTION REQUIRED] |

## I. STIPULATION

THE PARTIES, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), voluntarily dismiss all claims and defenses with prejudice, with each side bearing its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 28th __ day of _August_____, 2019.

PETER S. HOLMES
Seattle City Attorney

THE WEISS LAW FIRM, PLLC

By: /s/ Rachel Seals
RACHEL SEALS, WSBA # 48602
MOLLY DAILY, WSBA #28360
*(permission to sign obtained via email)*

By: /s/ Reba Weiss
REBA WEISS, WSBA #12876
1416 NW 46th St., Suite 301
Seattle, WA 98107

STIPULATED DISMISSAL OF LAWSUIT WITH PREJUDICE
(C18-001146-RSL) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-0374 / (206) 684-8289
Fax: (206) 684-8284
rachel.seals@seattle.gov
molly.daily@seattle.gov

Attorneys for Defendant

T: (206) 508-5933
reba@weisslawfirm.org

TELLER & ASSOCIATES, PLLC

SARA AMIES, WSBA #36626
STEPHEN A. TELLER, WSBA #23372
1139 34th Ave., Suite B
Seattle, WA 98122
T: (206) 324-8969 / F: (206) 860-3172
sara@stellerlaw.com
steve@stellerlaw.com

Attorneys for Plaintiff

## II.   ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 5th day of September, 2019.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATED DISMISSAL OF LAWSUIT WITH PREJUDICE
(C18-001146-RSL) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200